UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WOODROW MASAO HIROTO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | Case No. 4:16-cv-00211-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the parties' Stipulation of Dismissal with Prejudice (Dkt. 10), and the Court having found good cause,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice (Dkt. 10) is **GRANTED**, and all claims filed in the above-entitled case are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys fees and costs.

2. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

**ORDER OF DISMISSAL WITH PREJUDICE - 1**



DATED: October 27, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITH PREJUDICE - 2**